■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ROBERT MILLS, Defendant.— Motion to change the place of trial denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

## FOURTH DEPARTMENT, MARCH, 1959

### (March 4, 1959)

■ KLARA GELETUCHA, as Administratrix of the Estate of ANTONI GELETUCHA, Deceased, Appellant, v. 222 DELAWARE CORP. et al., Defendants, and 1 HOUR DURA CLEANING, INC., Respondent.— Appeal dismissed, without costs as academic in view of the decision in the companion case of *Geletucha* v. *1 Hour Dura Cleaning* (7 A D 2d 315). All concur. (Appeal from an order of Erie Special Term denying plaintiff's motion for a new trial on the ground of newly discovered evidence, after a nonsuit as to defendant 1 Hour Dura Cleaning, Inc.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.